Ibnomer M. SHARAFELDIN,
Plaintiff–Appellant,

v.

STATE OF MARYLAND, DEPART-
MENT OF PUBLIC SAFETY AND
CORRECTIONAL SERVICES, Defen-
dant–Appellee,

and

Maryland Division of Corrections; Son-
dervan William, Commissioner Mary-
land Division of Correction; John Mi-
chael Stouffer, Warden; Maryland
Correctional Training Center; Larry
McCauley, Captain; Gary Smith, Cor-
rectional Officer II; Nancy Williams,
Director Religious and Volunteer Ser-
vices; Vivilan E. Ferebee, E.E.O. Di-
rector Department of Public Safety
and Correctional Services; Mark
Troupe, Captain Maryland Division of
Correction; State of Maryland, Defen-
dants.

No. 01–1337.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 31, 2001.

Decided Nov. 15, 2001.

Fatai A. Suleman, Amorow & Kum, P.A., Hyattsville, MD, for appellant.

J. Joseph Curran, Jr., Attorney General, Scott S. Oakley, Assistant Attorney General, Baltimore, MD, for appellee.

Before LUTTIG, MICHAEL, and GREGORY, Circuit Judges.

PER CURIAM.

Ibnomer M. Sharafeldin filed an amended complaint under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e–17 (West 1994 & Supp.2001). He alleged hostile work environment harassment and constructive discharge arising from his employment as a chaplain at the Maryland Correctional Training Center. Sharafeldin sought leave to file a second amended complaint alleging a failure-to-hire claim. He appeals the district court's denial of this motion and the district court's grant of summary judgment in favor of the Appellee.

We have reviewed the parties' briefs and joint appendix and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Sharafeldin v. State of Maryland,* No. CA–99–2940–H (D. Md. June 14, 2000; Feb. 13, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*